FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY Shy            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAEMON PARDUE,<br><br>    Petitioner,<br><br>v.<br><br>JOHN MARSHALL, Warden,<br><br>    Respondent. | Case No. CV 10-01774 AHM (AN)<br><br>ORDER APPROVING AND ADOPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has reviewed the file, including the Magistrate Judge's Amended Report and Recommendation ("Amended R&R") and Petitioner's Objection thereto, *de novo*.

IT IS ORDERED that:

1. Petitioner's Objection is overruled for the following reasons. His assertion that his due process parole claim "does not contest his March 5, 2009 parole hearing" but instead challenges an alleged breach of contract by the state (Objection at 1) is untrue. (*See* Pet. at 2, 5, 33, 36-44, 71-73.) Further, to the extent Petitioner supplemented his principal due process parole claim with a perfunctory contractual claim in the Reply, as stated in the Amended R&R, there is no evidence supporting Petitioner's assertion that there was any promise or contract made in contradiction to his life sentence. The record clearly shows Petitioner was sentenced to a term of life with the possibility of parole in this case (LD 1), and that indeterminate sentence is in legal effect a sentence for the maximum term unless the Board acts to fix a shorter

term. *In re Dannenberg*, 34 Cal. 4th 1061, 1097-98, 23 Cal. Rptr. 3d 417 (2005); *see also People v. Felix*, 22 Cal. 4th 651, 657-59, 94 Cal. Rptr. 2d 54 (2000) (for purposes of California's Determinate Sentencing Act, "both straight life sentences and sentences of some number of years to life are indeterminate sentences . . . .").

Morever, in light of *Swarthout v. Cooke*, 562 U.S. ---, 131 S. Ct. 859 (2011), Petitioner has not established any basis for concluding the California courts' rejection of his federal due process parole claim was contrary to, or involved an unreasonable application of, clearly established Supreme Court law.

2. The Amended R&R is approved and adopted

3. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

4. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: November 3, 2011

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE