ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY   shy        DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAEMON PARDUE, | Case No. CV 10-01774 AHM (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Amended Report and Recommendation.

Dated: November 3, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE