ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV -7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV -7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY shy DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RAEMON PARDUE, <br>     Petitioner, <br>     v. <br> JOHN MARSHALL, Warden, <br>     Respondent. | Case No. CV 10-01774 AHM (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Amended Report and Recommendation.

Dated: November 3, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE